## (May 25, 1962)

■ In the Matter of LOPEZ CAPO v. FLORENCE KELLEY, as Presiding Justice of Children's Court Division, Domestic Relations Court of the City of New York, New York County, et al.— Motion for an enlargement of time granted to the extent of placing the appeal on the calendar of this court for June 21, 1962, on condition that the appellant files a note of issue and notice of argument for June 21, 1962, on or before June 11, 1962. Respondents' points are to be served and filed on or before June 15, 1962. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.